Felony

# UNITED STATES DISTRICT COURT
для the
Southern District of Texas

United States District Court
Southern District of Texas
FILED

SEP 27 2017

David J. Bradley, Clerk of Court

| | |
|---|---|
| United States of America<br>v.<br>Jessica GUADIANA<br><br>Defendant | )<br>)<br>) Case No. B-17-MJ-785<br>)<br>)<br>) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date of    September 26, 2017    in the county of    Cameron    in the    Southern    District of
  Texas  , the defendant violated    18    U. S. C. §    554 and 371
an offense described as follows:

Knowingly conspired to export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States, or receives, conceals, buys, sells, or in any manner facilitates the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for the exportation contrary to any law or regulation of the United States, to wit: 1,000 rounds of .223 caliber ammunition.

This criminal complaint is based on these facts:

On September 26, 2017, United States Customs and Border Protection Officers (CBPOs) at Brownsville and Matamoros Port of Entry, Brownsville, TX, encountered Jessica GUADIANA attempting to depart the United States as a pedestrian. CBPO officers conducted an outbound inspection of GUADIANA and GUADIANA gave a negative declaration for money, ammunition, and firearms. As CBPOs initiated an inspection of a large duffle bag in her possession, GUADIANA admitted to CBPOs that she had ammunition in her duffle bag. A total of 1000 rounds of .223 caliber ammunition were found concealed within clothes in her duffle bag.

Homeland Security Special Agents interviewed GUADIANA and she admitted she was to deliver the ammunition to unknown individuals in Matamoros, Tamaulipas, Mexico. GUADIANA stated that she has delivered ammunition to individuals in Mexico on four (4) previous occasions and was paid approximately $400.00 each time. GUADIANA further stated that she knew it was illegal to take ammunition into Mexico and that she has never applied for a license to export ammunition to Mexico.

☐ Continued on the attached sheet

*Complainant's signature*

George Lopez, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date:   September 27, 2017

*Judge's signature*

City and state:   Brownsville, Texas                Ronald G. Morgan, U.S. Magistrate
*Printed name and title*